Gary R. Selvin, State Bar No. 112030
E-mail:     gselvin@selvinwraith.com
Tatiana V. Wallace, State Bar No. 233939
E-mail:     twallace@selvinwraith.com
SELVIN WRAITH HALMAN LLP
505 14th Street, Suite 1200
Oakland, CA 94612
Telephone:  (510) 874-1811
Facsimile:   (510) 465-8976

Attorneys for Plaintiff
Navigators Insurance Company

**JS-6**

# IN THE UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA - WESTERN DIVISION - ROYBAL

| | |
|---|---|
| NAVIGATORS INSURANCE COMPANY, | CASE NO. 2:11-cv-00150-RGK-SSx |
| Plaintiff, | **ORDER OF DISMISSAL PURSUANT TO RULE 41** |
| v. | Assigned to Judge R. Gary Klausner |
| FINANCIAL PACIFIC INSURANCE COMPANY; UNITED CONTRACTORS INSURANCE COMPANY; NORTH AMERICAN CAPACITY INSURANCE COMPANY, | Complaint Filed:  January 6, 2011 |
| Defendants. | Trial Date: January 17, 2012 |

Having reviewed and considered the Stipulation, it is HEREBY ORDERED that this matter is dismissed with prejudice.

Date: January 11, 2012

101548.doc

_____
Judge R. Gary Klauser
United States District Court