Gary R. Selvin, State Bar No. 112030
E-mail: gselvin@selvinwraith.com
Tatiana V. Wallace, State Bar No. 233939
E-mail: twallace@selvinwraith.com
SELVIN WRAITH HALMAN LLP
505 14th Street, Suite 1200
Oakland, CA 94612
Telephone: (510) 874-1811
Facsimile: (510) 465-8976

Attorneys for Plaintiff
Navigators Insurance Company

JS-6

# IN THE UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA - WESTERN DIVISION - ROYBAL

| | |
|---|---|
| NAVIGATORS INSURANCE COMPANY,<br><br>      Plaintiff,<br><br>   v.<br><br>FINANCIAL PACIFIC INSURANCE COMPANY; UNITED CONTRACTORS INSURANCE COMPANY; NORTH AMERICAN CAPACITY INSURANCE COMPANY,<br><br>      Defendants. | CASE NO. 2:11-cv-00150-RGK-SSx<br><br>**ORDER OF DISMISSAL PURSUANT TO RULE 41**<br><br>Assigned to Judge R. Gary Klausner<br><br>Complaint Filed: January 6, 2011<br><br>Trial Date: January 17, 2012 |

Having reviewed and considered the Stipulation, it is HEREBY ORDERED that this matter is dismissed with prejudice.

Date: January 11, 2012

_____
Judge R. Gary Klauser
United States District Court

101548.doc

1

**[PROPOSED] ORDER OF DISMISSAL PURSUANT TO RULE 41**
**CASE NO. 2:11-CV-00150-RGK-SSX**